**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

SHARON CHRIST,

    **Plaintiff,**

v.                                                                             **CASE NO. 1:08cv221-MP/AK**

DEFENDANT BYRD,

    **Defendant.**
_____/


**REPORT AND RECOMMENDATION**

Plaintiff filed an amended complaint on November 10, 2008, alleging civil rights violations by Gainesville Police Department officers. (Doc. 5). Plaintiff was advised by Order dated December 2, 2009, that she must file a second amended complaint to clarify her claims and that she do so on or before December 23, 2009. (Doc. 9). When no motion was filed, an order to show cause was entered on December 29, 2009, directing a response on or before January 13, 2010. (Doc. 11). As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that she file an amended complaint. (docs. 9 and 11), and has not otherwise prosecuted his

lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 19th day of January, 2010.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**