IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON LOCKETT CHRIST,

    Plaintiff,

v.                                                  CASE NO. 1:08-cv-00221-MP-AK

BYRD, GAINESVILLE POLICE DEPARTMENT HARRASSEMENT, GAINESVILLE TOWN,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 13, regarding the First Amended Complaint, filed by Sharon Lockett Christ, Doc. 5. The Magistrate Judge recommended the case be dismissed without prejudice for failure of the plaintiff to prosecute. No party has objected, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 13, is ADOPTED and incorporated herein.

    2.    This case is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this   *18th* day of February, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge